UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2009 JUL -1 P 2: 44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,

v.

Case No. 3:04-cr-240-J-20HTS

GERALD JERMAINE BRABHAM
_____/

## ORDER MODIFYING SENTENCE

Before this Court is the Motion by the United States for Reduction of Sentence Pursuant to Fed. R. Crim. P. Rule 35(b) (Doc. 163, filed March 13, 2009).

Defendant Brabham was sentenced on June 27, 2005, to 210 months imprisonment. (Doc. 113, issued June 27, 2005). At the time of the Defendant's sentencing, the investigation for which the Defendant had provided assistance was on-going and had not yet resulted in the arrest or conviction of another individual. After the sentencing, the Defendant's cooperation yielded the indictment of other persons, the last of whom pled guilty in February, 2007. Accordingly, the government filed a 35(b) motion recommending an additional 2-level downward departure. This Court issued an Order granting the motion and reducing the Defendant's sentence to the low-end of his new guidelines range for 168 months. (Doc. 144, issued March 28, 2007).

Since the time of this Court's March 28, 2007 Order, the Defendant has provided additional, unrelated assistance to law enforcement in the investigation of criminal activity by another person, who was prosecuted and pled guilty in July, 2008 and was sentenced in May, 2009. The United States considers the Defendant's assistance to be substantial, although not crucial, and deserving of a 2-level departure placing the Defendant in a guidelines range of 140-175 months. The United States recommends a sentence at the low-end of that range.

Based upon the substantial assistance provided by the Defendant, it is **ORDERED AND ADJUDGED**:

(1) the Motion by the United States for Reduction of Sentence Pursuant to Fed. R. Crim. P. Rule 35(b) (Doc. No. 163, filed March 13, 2009) is **GRANTED**.

(2) the Judgment issued on June 27, 2005 (Doc. 113) is modified as follows:

(a) the Defendant's guideline calculation is reduced by an additional two (2) levels, for a total of 4 levels, which places the Defendant at an offense level 28, criminal history category VI, that provides a range of 140-175 months imprisonment.

(b) the Defendant's sentence is modified so that the term of imprisonment is reduced to a term of **140 months imprisonment.**

All other provisions of the Judgment entered on June 27, 2005, shall remain in full force and effect.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of ____, 2009.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Gerald Jermaine Brabham, Defendant
James H. Burke, Public Defender
Arnold B. Corsmeier, AUSA
Bureau of Prisons
U.S. Marshal Service